# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-5008

_____

DARWIN G. CAIN,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

March 25, 2019

PER CURIAM.

The petition seeking belated appeal is denied. *See Powell v. Fla. Dep't of Corr.*, 727 So. 2d 1103 (Fla. 1st DCA 1999).

ROBERTS, RAY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Darwin G. Cain, pro se, Petitioner.

Kenneth S. Steely, General Counsel, Daniel R. Burke, Assistant General Counsel, Department of Corrections, Tallahassee, for Respondent.